AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PEARSON'S PHARMACY, INC. and
CAM ENTERPRISES, INC. d/b/a
ALTADENA PHARMACY

V.

EXPRESS SCRIPTS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-CV-00073-WKW

TO: (Name and address of Defendant)

EXPRESS SCRIPTS, INC.
13900 Riverport Drive
MARYLAND HEIGHTS, MISSOURI 63043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH E. RILEY
FARRIS, RILEY & PITT, LLP
2025 THIRD AVENUE NORTH
THE HISTORIC MASSEY BLDG, STE. 200
BIRMINGHAM, ALABAMA 35203

ROBERT G. METHVIN, JR.
JAMES M. TERRELL
McCALLUM, METHVIN & TERRELL
2201 ARLINGTON AVENUE SOUTH
BIRMINGHAM, ALABAMA 35205

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE

(By) DEPUTY CLERK