IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC.; | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC.; | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COME NOW Robert G. Methvin, Jr. and James M. Terrell of the law firm, McCallum, Methvin & Terrell, P.C., and hereby enter their appearance on behalf of the Plaintiff in the above-referenced matter.

/s/ Robert G. Methvin, Jr.
Robert G. Methvin, Jr.
rgm@mmlaw.net


/s/ James M. Terrell
James M. Terrell
jterrell@mmlaw.net

Attorneys for Plaintiff

**McCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
(205) 939-0199
Facsimile: (205) 939-0399

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all parties of record by U. S. Mail, postage prepaid, properly addressed, on February 15, 2006.

Express Scripts, Inc.
13900 Riverport Drive
Maryland Heights, Missouri 63043

/s/ James M. Terrell
OF COUNSEL