IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PEARSON'S PHARMACY, INC., et al.,

Plaintiffs,

vs.

EXPRESS SCRIPTS, INC.,

Defendant.

Civil No. 3:06-cv-73-WKW

ORAL ARGUMENT REQUESTED

**MOTION TO DISMISS**

Defendant Express Scripts, Inc. (ESI) respectfully prays that the Court dismiss Counts I and III of plaintiffs' amended complaint. As grounds for this relief, ESI states:

1. Count I purports to state a claim for fraudulent misrepresentations and/or omissions, both written and oral. This Count does not comply with Rule 9(b). As it relates to misrepresentations, Count I does not identify the person(s) who allegedly made the oral misrepresentations or the document(s) containing the alleged written misrepresentations. As it relates to omissions, Count I identifies neither the source of any such omissions nor the time, placed and circumstances under which they were made.

2. As it relates to omissions, Count I fails to state a cause of action in that it pleads no facts that would give rise to a duty to disclose. In arms' length commercial transactions such as the present one, ESI has a duty to answer specific

questions put to it by plaintiffs. The amended complaint alleges neither that plaintiffs asked such questions nor that ESI's answers were incorrect.

3. Count III seeks a constructive trust as a remedy for alleged unjust enrichment. The only basis on which plaintiffs claim that the enrichment was unjust is the fraud alleged in Count I. Since Count I is defective, the derivative Count III is also defective.

Wherefore, ESI respectfully prays that the Court dismiss Counts I and III of plaintiffs' amended complaint.

Respectfully Submitted,

/s Gregory C. Cook
Gregory C. Cook (ASB-1088-O55G)
Eric B. Langley (ASB -8139-E66E)
Attorneys for Defendant
Express Scripts, Inc.

**OF COUNSEL:**

Gregory C. Cook
Eric B. Langley
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426 (G. Cook)
Facsimile: 205-488-5870 (G. Cook)
Email: gcook@balch.com
Telephone: 205-226-8772 (E. Langley)
Facsimile: 205-488-5680 (E. Langley)
Email: elangley@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; or a copy has been served via first-class United States mail, postage prepaid, on counsel/parties as indicated by the Court's notice.

Kenneth E. Riley
Farris, Riley & Pitt, LLP
2025 Third Avenue North
The Historic Massey Building
Suite 200
Birmingham, Alabama 35203

Robert G. Methvin, Jr.
James M. Terrell
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

/s Gregory C. Cook
Of Counsel