# Exhibit A

AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

**CERTIFICATE OF GOOD STANDING**

I, JAMES G. WOODWARD, Clerk of this Court,

certify that THOMAS M. DEE, Bar # 2956,

was duly admitted to practice in this Court on

FEBRUARY 4, 1983, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ST. LOUIS, MISSOURI on MARCH 30, 2006.
LOCATION                                  DATE

CLERK                         DEPUTY CLERK