# Exhibit A

AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

EASTERN **DISTRICT OF** MISSOURI

**CERTIFICATE OF GOOD STANDING**

I, JAMES G. WOODWARD, Clerk of this Court,

certify that JOSEPH P. CONRAN, Bar # 6455,

was duly admitted to practice in this Court on

MAY 9, 1975, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ST. LOUIS, MISSOURI on MARCH 30, 2006.
LOCATION                                DATE

CLERK                    DEPUTY CLERK