IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER J. VALERIOTE

COMES NOW defendant Express Scripts, Inc. and hereby moves for the *pro hac vice* admission of Christopher J. Valeriote, Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, Missouri 36105-3441, on behalf of defendant Express Scripts, Inc. Mr. Valeriote is admitted to practice in the State of Missouri and was admitted to practice before the United States District Court for the Eastern District of Missouri in 2003. In support of this motion, attached hereto is a Certificate of Good standing issued by the United States District Court for the Eastern District of Missouri.

Respectfully Submitted,

/s Gregory C. Cook
Gregory C. Cook (ASB-1088-O55G)
Eric B. Langley (ASB-8139-E66E)
Attorneys for Defendant
Express Scripts, Inc.

825932.1

**OF COUNSEL:**

Gregory C. Cook
Eric B. Langley
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426 (G. Cook)
Facsimile: 205-488-5870 (G. Cook)
Email: gcook@balch.com
Telephone: 205-226-8772 (E. Langley)
Facsimile: 205-488-5680 (E. Langley)
Email: elangley@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; or a copy has been served via first-class United States mail, postage prepaid, on counsel/parties as indicated by the Court's notice.

Kenneth E. Riley
Farris, Riley & Pitt, LLP
2025 Third Avenue North
The Historic Massey Building
Suite 200
Birmingham, Alabama 35203

Robert G. Methvin, Jr.
James M. Terrell
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

/s Gregory C. Cook
Of Counsel