# Exhibit A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

**CERTIFICATE OF GOOD STANDING**

I, __JAMES G. WOODWARD__, Clerk of this Court,

certify that __CHRISTOPHER J. VALERIOTE__, Bar # __119733__,

was duly admitted to practice in this Court on

__FEBRUARY 28, 2003__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __ST. LOUIS, MISSOURI__ on __MARCH 30, 2006__.
LOCATION                                           DATE

_____          _____
CLERK                                               DEPUTY CLERK