# Exhibit A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

**CERTIFICATE OF GOOD STANDING**

I, JAMES G. WOODWARD, Clerk of this Court,

certify that JEANINE R. BERMEL, Bar # 2622,

was duly admitted to practice in this Court on

OCTOBER 9, 1991
DATE
, and is in good standing

as a member of the Bar of this Court.

Dated at ST. LOUIS, MISSOURI on MARCH 30, 2006
LOCATION                                        DATE

CLERK                                           DEPUTY CLERK