# Exhibit A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

**CERTIFICATE OF GOOD STANDING**

I, JAMES G. WOODWARD, *Clerk of this Court,*

certify that CHRISTOPHER A. SMITH, Bar # 110807,

*was duly admitted to practice in this Court on*

JANUARY 30, 2002, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at ST. LOUIS, MISSOURI on MARCH 30, 2006.
LOCATION DATE

CLERK             DEPUTY CLERK