IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #8) filed on March 31, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on May 5, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before April 28, 2006. The defendant may file a reply brief on or before May 5, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 7th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE