IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Thomas M. Dee, Joseph P. Conran, Christopher J. Valeriote, Jeanine R. Bermel and Christopher A. Smith to Appear Pro Hac Vice (Docs. #10, 11, 12, 13, 14) filed on April 5, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 7th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE