IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil Miscellaneous Order 3047, defendant Express Scripts, Inc. ("ESI") hereby submits the following Disclosure Statement:

1. Parent corporation of ESI: **None.**

2. Publicly held company that owns 10% or more of ESI's stock: **None.**

Respectfully Submitted,

By:  /s Gregory C. Cook
GREGORY C. COOK (ASB-1088-O55G)
ERIC B. LANGLEY (ASB -8139-E66E)
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426 (G. Cook)
Facsimile: 205-488-5870 (G. Cook)
Email: gcook@balch.com
Telephone: 205-226-8772 (E. Langley)
Facsimile: 205-488-5680 (E. Langley)
Email: elangley@balch.com

832954.1

- and -

JOSEPH P. CONRAN (*pro hac vice*)
THOMAS M. DEE (*pro hac vice*)
JEANINE R. BERMEL (*pro hac vice*)
CHRISTOPHER J. VALERIOTE
  (*pro hac vice*)
CHRISTOPHER A. SMITH (*pro hac vice*)
**HUSCH & EPPENBERGER, LLC**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314-480-1500
Facsimile: 314-480-1505

**ATTORNEYS FOR DEFENDANT
EXPRESS SCRIPTS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Kenneth E. Riley   (kriley@frplegal.com)
Farris, Riley & Pitt, LLP
2025 Third Avenue North
The Historic Massey Building
Suite 200
Birmingham, Alabama  35203


Robert G. Methvin, Jr. (rgm@mmlaw.net)
James M. Terrell  (jterrell@mmlaw.net)
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, Alabama  35205


                                              /s Gregory C. Cook
                                              Of Counsel