IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is hereby ORDERED that oral argument on the plaintiff's Motion to Dismiss (Doc. # 8) is set for May 17, 2006 at 10:00 a.m. in Courtroom 2-D at the United States Courthouse in Montgomery, Alabama.

DONE this the 14th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE