IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-73-WKW |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is hereby ORDERED that oral argument on the plaintiff's Motion to Dismiss (Doc. # 8) originally set for May 17, 2006 at 10:00 a.m. is re-set for June 5, 2006 at 2:00 p.m. in Courtroom 2-D at the United States Courthouse in Montgomery, Alabama.

DONE this the 12th day of May, 2006.

                                            /s/  W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE