IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-73-WKW |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is hereby ORDERED that the parties shall submit briefs to the Court on the following issue: Under Alabama law, in what circumstances can a misrepresentation contained within a written contract give rise to a claim of fraud?

The defendant shall submit a brief on or before June 12, 2006. The plaintiffs shall file a response on or before June 19, 2006.

DONE this the 5th day of June, 2006.

          /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE