**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. <u>KEITH WATKINS,</u>    JUDGE                AT <u>MONTGOMERY, ALABAMA</u>

DATE COMMENCED <u>JUNE 5, 2006</u>              AT <u>2:00</u> A.M./P.M.

DATE COMPLETED <u>JUNE 5, 2006</u>              AT <u>2:50</u> A.M./P.M.

| | |
|---|---|
| PEARSON'S PHARMACY, INC., ET AL. ) <br> ) <br> Plaintiffs ) <br> ) <br> V. ) <br> ) <br> EXPRESS SCRIPTS, INC. ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br><br><br><br> 3:06cv0073-WKW |

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| | X | |
| Atty. Robert Methvin, Jr. | X | Atty. Gregory Cook |
| Atty. James Terrell | X | Atty. Thomas Dee |
| | X | |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| | | |
|---|---|---|
| Ann Roy | Glory McLaughlin | Risa Entrekin |
| Courtroom Deputy | Law Clerk | Court Reporter |

<u>COURTROOM PROCEEDINGS:</u>

**ORAL ARGUMENT - (On the Record)**

Defendant's [8] Motion to Dismiss

| | |
|---|---|
| 2:00 | Hearing convened. <br> Oral argument on motion to dismiss heard. Claims outlined in the record. <br> Plaintiffs concede that oral misrepresentation and injunctive relief claims may be dismissed without prejudice and state that they will rely on the written misrepresentation claim; Order to issue that parties are to submit briefs on the issue re - Under Alabama law, in what circumstances can a misrepresentation contained within a written contract give rise to a claim of fraud? Defendant's brief due in 7 days; plaintiffs' response due 7 days thereafter. |
| 2:50 | Hearing concluded. |