**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 15, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Pearson's Pharmacy, Inc. et al v. Express Scripts, Inc.**
**Case Number: 3:06-cv-73-WKW**

**Pleading : #24 - Response to Order**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/12/2006 without electronic signatures.**

**The corrected pdf document is attached to this notice.**