IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PEARSON'S PHARMACY, INC.;** | ) |
| **AND CAM ENTERPRISES, INC.** | ) |
| **d/b/a ALTADENA PHARMACY;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 3:06-cv-73-WKW |
| | ) |
| **EXPRESS SCRIPTS, INC.;** | ) |
| | ) |
| **Defendant.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　　This party is an individual, or

☐　　This party is a governmental entity, or

■　　There are no entities to be reported, or

☐　　The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____              _____
_____              _____
_____              _____

1

Respectfully submitted,

/s/ James M. Terrell
James M. Terrell (jterrell@mmlaw.net)
Robert G. Methvin, Jr. (rgm@mmlaw.net)
**McCallum, Methvin & Terrell, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: (205) 939-0199
Fax: (205) 939-0399

**Counsel for Pearson's Pharmacy, Inc. and**
**CAM Enterprises, Inc. d/b/a Altadena Pharmacy**

**OF COUNSEL:**
Kenneth E. Riley
**Farris, Riley & Pitt, LLC**
The Massey Building, Ste. 200
2025 Third Avenue North
Birmingham, AL 35203

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the United States District Court, Middle District of Alabama using the CM/ECF system, which will send notification of such filing to the following:

Attorneys for Defendant
**Express Scripts, Inc.:**

Gregory C. Cook
Eric B. Langley
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306

Jeanine R. Bermel
Joseph P. Conran
Thomas Mckee Dee
Christopher Andrew Smith
Christopher John Valeriote
**HUSCH & EPPENBERGER, LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

                                      /s/ James M. Terrell
                                      OF COUNSEL