IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC.; AND CAM ENTERPRISES, INC. d/b/a ALTADENA PHARMACY; | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 3:06-cv-73-WKW ) |
| EXPRESS SCRIPTS, INC.; | ) ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT**

COME NOW the parties and jointly move the Court for an extension of time to file the Rule 26(f) report containing the discovery plan in this case. In support of this motion, the parties state as follows:

1. On June 21, 2007, the Court entered its Rule 26(f) Order directing the parties to file a Rule 26(f) report with a discovery plan on or before July 11, 2007.

2. On June 26, 2007, Counsel for Plaintiffs and St. Louis Counsel for Defendant conducted a face to face meeting to discuss a discovery plan in this matter. During the following fourteen (14) days, Counsel for Plaintiffs and all Counsel for Defendant conducted additional telephone discussions regarding the discovery plan.

3. Counsel for the Parties have exchanged several drafts of a proposed Rule 26(f) report, however, St. Louis Counsel for Defendant are currently out of the office on vacation and honeymoon and cannot provide comments on the final draft of the proposed Rule 26(f) report at this time. These attorneys are expected to return to the office by July 27, 2007. Accordingly, the parties respectfully request an additional twenty (20) days from the original deadline or until July

1

31, 2007 to file the Rule 26(f) report.  The parties are working cooperatively to reach a mutually agreeable discovery plan and do not anticipate any additional delays in providing the Rule 26(f) report to the Court.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court extend the deadline to file the Rule 26(f) report in this matter until July 31, 2007.

Respectfully submitted,

**Attorneys for Plaintiffs, Pearson's Pharmacy, Inc. and CAM Enterprises, Inc. d/b/a Altadena Pharmacy**

/s/ James M. Terrell
ROBERT G. METHVIN, JR. (rgm@mmlaw.net)
JAMES M. TERRELL (jterrell@mmlaw.net)
**McCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 939-0199
Fax:  (205) 939-0399

and

Kenneth E. Riley
**FARRIS, RILEY & PITT, LLP**
2025 Third Avenue North
The Historic Massey Building, Suite 200
Birmingham, AL 35203

**Attorneys for Defendant, Express Scripts, Inc.**

/s/ Gregory C. Cook
Gregory C. Cook (gcook@balch.com)
Eric B. Langley (elangley@balch.com)
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306

and

Tom McKee Dee
Christopher Andrew Smith
**HUSCH & EPPENBERGER, LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105