IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-73-WKW |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to File Rule 26(f) Report (Doc. #32), it is ORDERED that the motion is GRANTED. The parties are DIRECTED to file their Rule 26(f) report on or before July 31, 2007.

DONE this 19th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE