IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PEARSON'S PHARMACY, INC.;** | ) |
| **AND CAM ENTERPRISES, INC.** | ) |
| **d/b/a ALTADENA PHARMACY;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 3:06-cv-73-WKW |
| | ) |
| **EXPRESS SCRIPTS, INC.;** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT MOTION TO AMEND UNIFORM SCHEDULING ORDER

COME NOW the parties jointly and respectfully move the Court to amend its Uniform Scheduling Order entered on August 15, 2007. In support of this joint motion, the parties state as follows:

1. On August 15, 2007, the Court entered its Uniform Scheduling Order ("Order") in this case setting various deadlines applicable the prosecution and defense of this action. In Section 15(d) of the Order, the Court stated that "[i]f any party has an objection to these deadlines, the party should inform the Court within 14 days from the date of this Order. . ." Pursuant to Section 15(d), the parties respectfully request that the Court amend the following deadlines in the Uniform Scheduling Order:

**SECTION 5.**

[**Current Language**]: "Motions for class certification shall be filed on or before **November 12, 2007.**"

[**Proposed Amendment**]: "Motions for class certification shall be filed with all supporting affidavits and expert reports (including all information required by Fed.R.Civ.P. 26(a)(2)) on or before **March 21, 2008.** Any opposition to a motion for class certification shall be filed with all supporting affidavits and expert reports (including all information required by Fed.R.Civ.P. 26(a)(2)) on or before **May 23, 2008.** Any reply in support of class certification shall be filed on or before **July 3, 2008.**"

1

2. The parties state that the primary reason for their request that the Court amend its Uniform Scheduling Order is the experience of the parties and Counsel in litigating other nearly identical class action cases involving the same or similar claims.

Respectfully submitted this 23rd day of August, 2007.

Respectfully submitted,

**Attorneys for Plaintiffs, Pearson's Pharmacy, Inc. and CAM Enterprises, Inc. d/b/a Altadena Pharmacy**

/s/ James M. Terrell
ROBERT G. METHVIN, JR. (rgm@mmlaw.net)
JAMES M. TERRELL (jterrell@mmlaw.net)
**McCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 939-0199
Fax: (205) 939-0399

and

Kenneth E. Riley
**FARRIS, RILEY & PITT, LLP**
2025 Third Avenue North
The Historic Massey Building, Suite 200
Birmingham, AL 35203

**Attorneys for Defendant, Express Scripts, Inc.**

/s/ Gregory C. Cook
Gregory C. Cook
Eric B. Langley
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306

and

Tom McKee Dee
Christopher Andrew Smith
**HUSCH & EPPENBERGER, LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105