IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-73-WKW |
| ) | |
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Amend Uniform Scheduling Order (Doc. # 36), it is ORDERED that the motion is GRANTED. The Court's Uniform Scheduling Order (Doc #35) is amended as follows:

**SECTION 5**. Motions for class certification shall be filed with all supporting affidavits and expert reports (including all information required by Fed.R.Civ.P. 26(a)(2)) on or before **March 21, 2008.** Any opposition to a motion for class certification shall be filed with supporting affidavits and expert reports (including all information required by Fed.R.Civ.P. 26(a)(2)) on or before **May 23, 2008.** Any reply in support of class certification shall be filed on or before **July 3, 2008.**

DONE this 7th day of September, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE