IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC.; AND CAM ENTERPRISES, INC. d/b/a ALTADENA PHARMACY; <br><br> Plaintiffs, <br> v. <br><br> EXPRESS SCRIPTS, INC.; <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.: 3:06-cv-73-WKW ) ) ) ) |

## JOINT MOTION FOR STAY

COME NOW all parties jointly and respectfully move the Court to stay this class action and continue the Scheduling Order's deadlines pending a ruling on class certification in an identical action before the United States District Court for the Northern District of Oklahoma. As grounds for this motion, the parties state as follows:

1. Plaintiffs are pharmacies allegedly representing a national class action and asserting that Defendant has underpaid pharmacies by not using the correct "Average Wholesale Price" at times when administering reimbursement claims. An identical national class action asserting the same claims is currently pending in the United States District Court for the Northern District of Oklahoma. *See Inola Drug, Inc. v. Express Scripts, Inc.*, Civil Action No. 4:06-CV-00117 (N.D.Okla.).

2. On October 2, 2007, Inola Drug filed its Motion for Class Certification. On November 21, 2007, Express Scripts filed its Opposition to Class Certification and on December 21, 2007, Inola Drug filed its Reply in Support of Class Certification.

3. On January 14, 2008, the Honorable Gregory K. Frizzell held a hearing on

Plaintiff's Motion for Class Certification. At the hearing, Judge Frizzell denied certification under Fed.R.Civ.P. 23(b)(2) but took Plaintiff's request for Fed.R.Civ.P. 23(b)(3) certification under advisement.

4. A ruling granting certification of a nationwide class of pharmacies in the *Inola Drug* case would encompass all of the putative class members and claims asserted by Plaintiffs in this action.

5. Additionally, the Amended Uniform Scheduling Order (Doc. # 37) in this case provides that Plaintiffs' Motion for Class Certification must be filed on or before March 21, 2008. Defendant's Opposition to Class Certification shall be filed on or before May 23, 2008 and Plaintiffs' Reply in Support of Class Certification shall be filed on or before July 3, 2008. The parties anticipate that the Court in *Inola Drug* will likely rule upon class certification during prior to July 3, 2008. Moreover, the pendency of motions for class certification in *Inola Drug* and the instant action increases the risk of inconsistent rulings among the two cases.

6. Accordingly, a stay of all deadlines in this action will promote judicial economy and efficiency.

WHERFORE, the parties respectfully request the Court to continue all deadlines in this action and concurrently stay this action pending a ruling in the *Inola Drug, Inc. v. Express Scripts, Inc.* matter.

Respectfully submitted,

**Attorneys for Plaintiffs, Pearson's Pharmacy, Inc. and CAM Enterprises, Inc. d/b/a Altadena Pharmacy**

/s/ James M. Terrell
ROBERT G. METHVIN, JR. (rgm@mmlaw.net)
JAMES M. TERRELL (jterrell@mmlaw.net)
**McCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 939-0199
Fax: (205) 939-0399

and

Kenneth E. Riley
**FARRIS, RILEY & PITT, LLP**
2025 Third Avenue North
The Historic Massey Building, Suite 200
Birmingham, AL 35203

**Attorneys for Defendant, Express Scripts, Inc.**

/s/ Gregory C. Cook
Gregory C. Cook (gcook@balch.com)
Eric B. Langley (elangley@balch.com)
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306

and

Tom McKee Dee
Christopher Andrew Smith
**HUSCH & EPPENBERGER, LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

3