IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC.; <br> AND CAM ENTERPRISES, INC. <br> d/b/a ALTADENA PHARMACY; <br><br> Plaintiffs, <br> v. <br><br> EXPRESS SCRIPTS, INC.; <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:06-cv-73-WKW <br> ) <br> ) <br> ) <br> ) |

### [proposed] ORDER

Before the Court is the parties' Joint Motion to Stay (Doc. # 38). For good cause shown, the motion is GRANTED. This action and all pending deadlines are stayed pending a decision on class certification in *Inola Drug, Inc. v. Express Scripts, Inc.*, Civil Action No. 4:06-CV-00117 (N.D.Okla.). The parties are to advise the Court within fourteen (14) days of a ruling on class certification in *Inola Drug*.

DONE this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE