IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PEARSON'S PHARMACY, INC., *et al.* | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-73-WKW |
| | ) |
| EXPRESS SCRIPTS, INC.; | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the court is the parties' Joint Motion for Stay (Doc. # 38). For good cause shown, it is ORDERED that the motion is GRANTED. This action and all pending deadlines, including the March 21, 2008 deadline for Plaintiffs' Motion for Class Certification, are stayed pending a decision on class certification in *Inola Drug, Inc. v. Express Scripts, Inc.*, Civil Action No. 4:06-CV-00117 (N.D.Okla.). The parties are to file a joint status report whether there has been a ruling on class certification in *Inola Drug* on **June 1, 2008** and on the first day of every other month thereafter.

DONE this 22nd day of February, 2008.

                                          /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE