IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PEARSON'S PHARMACY INC., *et. al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No. 3:06-cv-73-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| EXPRESS SCRIPTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

PLEASE TAKE NOTICE that effective **March 1, 2008**, the firm name and email addresses for the undersigned attorneys has changed.  The complete firm name, address, phone and facsimile numbers, and email addresses for said attorneys as of March 1, 2008 is:

Thomas M. Dee, *Pro Hac Vice*
Tom.Dee@huschblackwell.com

Christopher A. Smith, *Pro Hac Vice*
Chris.Smith@huschblackwell.com

Jeanine R. Bermel, *Pro Hac Vice*
Jeanine.Bermel@huschblackwell.com

Joseph Conran, *Pro Hac Vice*
Joseph.Conran@huschblackwell.com

Christopher J. Valeriote, *Pro Hac Vice*
Chris.Valeriote@huschblackwell.com

Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
(314) 480-1500 – main telephone
(314) 480-1530 – facsimile dedicated for Court's use
(314) 480-1505 – general facsimile

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By: __s/Thomas M. Dee_____
      Thomas M. Dee, *Pro Hac Vice*
      Tom.Dee@huschblackwell.com
      Christopher A. Smith, *Pro Hac Vice*
      Chris.Smith@huschblackwell.com
      Jeanine R. Bermel, *Pro Hac Vice*
      Jeanine.Bermel@huschblackwell.com
      Joseph Conran, *Pro Hac Vice*
      Joseph.Conran@huschblackwell.com
      Christopher J. Valeriote, *Pro Hac Vice*
      Chris.Valeriote@huschblackwell.com
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105-3441
      (314) 480-1500 – telephone
      (314) 480-1505 – facsimile

                **-and-**

      Gregory C. Cook (gcook@balch.com)
      Eric B. Langley (elangley@balch.com)
      Balch & Bingham LLP
      Post Office Box 306
      Birmingham, Alabama 35201-0306

      *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 7th day of March, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

Robert G. Methvin, Jr.
James M. Terrell
McCallum, Methvin & Terrell P.C.
The Highland Building
2201 Arlington Ave. S.
Birmingham, Alabama 35205

Kenneth E Riley
Farris, Riley & Pitt
2025 3rd Ave. N. Ste. 200
Birmingham, Alabama 35203


                __s/ Thomas M. Dee_____