IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PEARSON'S PHARMACY, INC.;** | ) |
| **AND CAM ENTERPRISES, INC.** | ) |
| **d/b/a ALTADENA PHARMACY;** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 3:06-cv-73-WKW |
| | ) |
| **EXPRESS SCRIPTS, INC.;** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STATUS REPORT

Plaintiffs Pearson's Pharmacy, Inc. and CAM Enterprises, Inc. and Defendant Express Scripts, Inc. jointly submit this Joint Status Report pursuant the Court's Order dated February 22, 2008 (Doc. # 39) and report that there has been no change since the Parties filed their previous Joint Status Report. As previously reported, the plaintiff in *Inola Drug, Inc. v. Express Scripts, Inc.*, Civil Action No. 4:06-CV-00117 (N.D.Okla.) filed a Motion for Class Certification. On January 14, 2008, the Honorable Gregory K. Frizzell held a hearing on Plaintiff Inola Drug's Motion for Class Certification. At the hearing, Judge Frizzell denied certification under Fed.R.Civ.P. 23(b)(2) but took Inola Drug's request for Fed.R.Civ.P. 23(b)(3) certification under advisement.

Respectfully submitted,

**Attorneys for Plaintiffs, Pearson's Pharmacy, Inc. and CAM Enterprises, Inc. d/b/a Altadena Pharmacy**

/s/ James M. Terrell
ROBERT G. METHVIN, JR. (rgm@mmlaw.net)
JAMES M. TERRELL (jterrell@mmlaw.net)
**McCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
(205) 939-0199
Fax: (205) 939-0399

and

Kenneth E. Riley
**FARRIS, RILEY & PITT, LLP**
2025 Third Avenue North
The Historic Massey Building, Suite 200
Birmingham, AL 35203

**Attorneys for Defendant, Express Scripts, Inc.**

/s/ Gregory C. Cook
Gregory C. Cook (gcook@balch.com)
Eric B. Langley (elangley@balch.com)
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306

and

Tom McKee Dee
Christopher Andrew Smith
**HUSCH & EPPENBERGER, LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

2